**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 18 EAL 2023

             Respondent          :

                                  :   Petition for Allowance of Appeal

                                  :   from the Order of the Superior Court

            v.                          :

                                  :

WILLIE HART,                          :

                                  :

             Petitioner          :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 5th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.